

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

OVER SELLERS
ORNEY GENERAL

Honorable O. L. Stiefer, Chief Deputy
Bureau of Labor Statistics
Austin, Texas

Dear Sir:                    Opinion No. O-7333

> Re: An employee leaving em-
> ployment, or discharged
> therefrom, should be paid
> within six days' after
> demand for payment of
> wages due him.

Your recent letter to this department is as follows:

> "We desire your opinion on the intent and
> meaning of the last sentence of Article 5156,
> R. C. S., 'Any employee leaving his or her
> employment, or discharged therefrom, shall be
> paid in full on six days' demand.'
>
> "The particular facts involved are these:
> 'An employee working on daily basis for a
> Railway Co. with fixed pay days the 14th for
> wages earned 15th to the last day inc. of the
> previous month, and the 28th for wages earned
> 1st to 15th is discharged on the 13th as he
> had worked from the 1st to the 11th inc. was
> held out of service on the 12th and discharged
> on the 13th requested voucher for time earned,
> in full. Supt. ignored request and regular
> check was received in mail on the 26.'"

The following statutes are pertinent to your inquiry:

Article 5155, Vernon's Annotated Civil Statutes, reads:

> "Each manufacturing, mercantile, mining,
> quarrying, railroad, street railway, canal, oil,
> steamboat, telegraph, telephone and express com-
> pany, employing one or more persons, and each

Hon. O. L. Stiefer, page 2

and every water company not operated by a municipal
corporation, and each and every wharf company, and
every other corporation engaged in any business
within this State, or any person, firm or corpora-
tion engaged in or upon any public work for the
State or for any county or any municipal corporation
thereof, either as a contractor or a sub-contractor,
therewith, shall pay each of its employees the wages
earned by him or her as often as semi-monthly, and
pay to a day not more than sixteen (16) days prior
to the day of payment."

Art. 5156:

"An employee who is absent at the time fixed
for payment, or who for any other reason is not
paid at that time, shall be paid thereafter on
six days' demand. Any employee leaving his or
her employment, or discharged therefrom, shall
be paid in full on six days' demand."

Art. 6431:

"When a railroad company shall discharge an
employee, or when the time of service of such
employee shall expire, or when a railroad company
shall be due and owing an employee, such railroad
company, upon discharge, or upon the termination
of the term of such service, or upon maturity of
said indebtedness, shall, within fifteen days after
the demand therefor upon the nearest station agent
of said railroad company, pay to such employee the
full amount due and owing him. If said railroad
company fails or refuses to pay such employee, then
it shall be liable to pay to such employee twenty
per cent on the amount due him, as damages, in
addition to the amount so due, in no case the
damages to be less than five nor more than one
hundred dollars."

Art. 6431, originally enacted in 1887, penalizes a rail-
road company failing to pay a discharged or retired employee
within fifteen days after demand for payment is made. This
statute has been held to be invalid as class legislation.
Railroads 35 Tex. Jur. 359, para. 342, notes, 10, 11. In view

Hon. O. L. Stiefer,   page 3

of this, the particular fact situation mentioned by you in your letter is now controlled by Art. 5156 of the Revised Civil Statutes. The statute, in our opinion, means just what it says; that is, that an employee under circumstances mentioned should be paid in full within six days' after demand for payment and the failure of the employer to make such payment within the time specified by the statute subjects the employer to the penalty provided for in Art. 5157.

     We trust that we have answered your question satisfactorily.

                                   Yours very truly,

                                   ATTORNEY GENERAL OF TEXAS

                                   By David Wuntch.
                                      David Wuntch.
                                      Assistant

APPROVED AUG 22 1946

FIRST ASSISTANT
GENERAL

W:LJ

APPROVED
OPINION
COMMITTEE